UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MIRANDA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CERES,<br><br>        Defendant. | No. 1:18-cv-00041-DAD-BAM<br><br>ORDER RELATING AND REASSIGNING CASE |

On February 8, 2018, defendant City of Ceres filed a notice of related case, advising the court that this action is related to *Quiroz et al. v. City of Ceres*, No. 1:17-cv-00444-DAD-MJS, *McManus, et al. v. City of Ceres*, No. 1:17-cv-00355-DAD-MJS, and *Amador et al. v. City of Ceres*, No. 1:17-cv-00552-DAD-MJS, which are already assigned to the undersigned and Magistrate Judge Michael J. Seng. (Doc. No. 10.)

The court's review of the complaints in these cases shows they are related within the meaning of Local Rule 123(a), as they involve similar parties, related questions of law and fact, and would likely entail substantial duplication of labor if heard by different judges. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Michael J. Seng will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this

1

district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that this action be reassigned from Magistrate Judge Barbara A. McAuliffe to Magistrate Judge Michael J. Seng.

Accordingly, documents in the above-referenced action shall bear the following new case number: **1:18-cv-00041-DAD-MJS.**

IT IS SO ORDERED.

Dated: **February 12, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE