UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| DANIEL MIRANDA, on behalf of himself and all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITY OF CERES,<br><br>                    Defendant. | Case No.:  1:18-cv-00041-DAD-BAM<br><br>Complaint Filed: January 9, 2018<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Pursuant to the parties' Joint Stipulation to Continue Scheduling Conference (Doc. No. 29) and good cause appearing due to the unavailability of counsel for Defendant City of Ceres, the Initial Scheduling Conference currently set for February 5, 2020, is HEREBY CONTINUED to **February 27, 2020, at 09:00 AM in Courtroom 8 (BAM)** before the undersigned.  A Joint Scheduling Report shall be filed one week prior to the conference.  The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:    **January 29, 2020**             /s/ *Barbara A. McAuliffe*        
                                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

9144540.1 CE060-047