# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MIRANDA,<br><br>　　　　Plaintiff,<br><br>　v<br><br>CITY OF CERES,<br><br>　　　　Defendant. | Case No. 1:18-cv-00041-DAD-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

　　　This action was filed on January 9, 2018. On May 20, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

　　　Based upon the settlement of this action, it is HEREBY ORDERED that:

　　　1.　　All pending matters and dates in this action are VACATED; and

　　　2.　　Motion for Settlement shall be filed on or before June 30, 2020.

IT IS SO ORDERED.

Dated:　**May 21, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE