# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MIRANDA, | Case No.  1:18-cv-00041-DAD-BAM |
| Plaintiff, | ORDER EXTENDING TIME TO FILE MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT |
| v. | |
| CITY OF CERES, | DEADLINE:  JULY 20, 2020 |
| Defendant. | |

On May 20, 2020, the undersigned conducted a settlement conference during which the parties reached an agreement to settle this action.  On May 21, 2020, the parties were ordered to file their motion for approval of the settlement on or before June 30, 2020.

On July 1, 2020, the parties filed a joint statement regarding a dispute as to the form in which the settlement should be memorialized.  An informal teleconference was held on July 2, 2020.  Counsel Caroline Cohen appeared for Plaintiff and counsel Michael Youril appeared for Defendant.

Based on the discussion during the informal telephonic conference, IT IS HEREBY ORDERED that the parties shall file a motion for final approval of the settlement on or before **July 20, 2020**.

IT IS SO ORDERED.

Dated:   **July 2, 2020**

_____
UNITED STATES MAGISTRATE JUDGE