UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MIRANDA, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CERES,<br><br>Defendant. | No. 1:18-cv-00041-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT<br><br>(Doc. Nos. 43, 45) |

Plaintiff Daniel Miranda brought suit against the City of Ceres on behalf of himself and similarly situated individuals in this collection action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

After a settlement conference held on May 20, 2020 before the assigned magistrate judge (Doc. No. 38), the parties to this FLSA collective action filed a joint motion for approval of the settlement agreement on July 20, 2020. (Doc. No. 43.) On September 11, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the parties' settlement agreement, including the award of attorneys' fees and costs, be approved as fair, reasonable, and just in all respects, and that the parties perform the settlement agreement in accordance with its terms. (Doc. No. 45 at 12.) The findings and recommendations were served on all parties and

contained notice that objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 12–13.) The time for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 11, 2020 (Doc. No. 45) are adopted in full;
2. The parties' joint motion to approve the settlement agreement (Doc. No. 43) is granted;
3. The parties' settlement agreement, including the award of attorneys' fees and costs (Doc. Nos. 43-1, 43-2), which is incorporated herein by reference, is approved as fair, reasonable, and just in all respects, and the parties shall perform the settlement agreement in accordance with its terms;
4. This action is dismissed with prejudice; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 10, 2020**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE